FILED by **YH** D.C.

**Jan 31, 2019**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

CASE NO. **19-20059-CR-WILLIAMS/TORRES**

21 U.S.C. § 846
21 U.S.C. § 853
18 U.S.C. § 924(c)(1)(A)(iii)
18 U.S.C. § 924(j)(1)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(d)(1)

### UNITED STATES OF AMERICA

v.

### SAMSON HYLAND JR. and
### TEVIN DAMAR LAING,

Defendant.

_____/

### INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Conspiracy to Possess with Intent to Distribute a Controlled Substance
### (21 U.S.C. § 846)

From at least as early as in or around November 2018, and continuing through on or about

December 6, 2018, in Miami-Dade County and Palm Beach County, in the Southern District of

Florida, the defendants,

### SAMSON HYLAND JR. and
### TEVIN DAMAR LAING,

did knowingly and willfully combine, conspire, confederate, and agree with J.J.B. and with each

other and other persons known and unknown to the Grand Jury to possess with intent to distribute

a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in

violation of Title 21, United States Code, Section 846.

The controlled substance involved in the conspiracy attributable to the defendants as a result of the defendants' own conduct, and the conduct of other conspirators reasonably foreseeable to the defendants, is a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

## COUNT 2
### Discharge of a Firearm in Furtherance of a Drug Trafficking Crime
### (18 U.S.C. § 924(c)(1)(A)(iii))

On or about December 2, 2018, in Miami-Dade County and Palm Beach County, in the Southern District of Florida, the defendants,

### SAMSON HYLAND JR. and
### TEVIN DAMAR LAING,

did knowingly use and carry a firearm during and in relation to a drug trafficking crime, and did knowingly possess a firearm in furtherance of a drug trafficking crime, a felony offense for which the defendants may be prosecuted in a court of the United States, that is, a violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

Pursuant to Title 18, United States Code, Section 924(c)(1)(A)(iii), it is further alleged that the firearm was discharged.

## COUNT 3
### Causing the Death of a Person in the Course of a Violation of 18 U.S.C. § 924(c)
### (18 U.S.C. §§ 924(c)(1)(A) and 924(j)(1))

On or about December 2, 2018, in Palm Beach County, in the Southern District of Florida, the defendants,

### SAMSON HYLAND JR. and
### TEVIN DAMAR LAING,

in the course of a violation of Title 18, United States Code, Section 924(c), as set forth in Count 2 of this Indictment, did cause the death of a person, that is, J.J.B., through the use of a firearm, which killing was a murder as defined in Title 18, United States Code, Section 1111; in violation of Title 18, United States Code, Sections 924(j)(1) and 2.

## COUNT 4
### Possession of a Firearm and Ammunition by a Convicted Felon
### (18 U.S.C. § 922(g)(1))

On or about December 2, 2018, in Miami-Dade County and Palm Beach County, in the Southern District of Florida, the defendants,

### SAMSON HYLAND JR. and
### TEVIN DAMAR LAING,

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition, in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 2.

It is further alleged that the firearm and ammunition is/are:

    a.     One (1) Walther PPX, .40 caliber semi-automatic pistol;

    b.     Six (6) .40 caliber cartridge cases; and

    c.     Four (4) 9 millimeter caliber cartridge cases.

## COUNT 5
### Possession of a Firearm and Ammunition by a Convicted Felon
### (18 U.S.C. § 922(g)(1))

On or about December 6, 2018, in Miami-Dade County, in the Southern District of Florida, the defendant,

### SAMSON HYLAND JR.,

3

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition, in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

It is further alleged that the firearm and ammunition is/are:

      a.     One (1) Walther PPX, .40 caliber semi-automatic pistol; and

      b.     Five (5) rounds of .40 caliber ammunition.

## FORFEITURE ALLEGATIONS

1.     The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **SAMSON HYLAND JR.** and **TEVIN DAMAR LAING**, have an interest.

2.     Upon conviction of a violation of Title 21, United States Code, Section 846, as alleged in this Indictment, the defendants shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation, and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation, pursuant to Title 21, United States Code, Section 853(a)(1)-(2).

3.     Upon conviction of a violation of Title 18, United States Code, Sections 922 or 924, or any other violation of any other criminal law of the United States, the defendants shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 924(d)(1), any firearm and/or ammunition involved in or used in the commission of such violation.

4.     The property which is subject to criminal forfeiture includes, but is not limited to, the following:

      a.     One (1) Walther PPX, .40 caliber semi-automatic pistol;

4

   b.  Five (5) rounds of .40 caliber ammunition;

   c.  Six (6) .40 caliber cartridge cases; and

   d.  Four (4) 9 millimeter caliber cartridge cases.

  All pursuant to Title 21, United States Code, Section 853 and Title 18, United States Code,

Section 924(d), and the procedures set forth in Title 21, United States Code, Section 853, as made

applicable by Title 28, United States Code, Section 2461(c).

               A TRUE BILL

               FOREPERSON

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

JONATHAN K. OSBORNE
ASSISTANT UNITED STATES ATTORNEY

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | |
| **SAMSON HYLAND JR., and** | **CERTIFICATE OF TRIAL ATTORNEY\*** |
| **TEVIN DAMAR LAING,** | |
| **Defendants.** | |
| _____/ | **Superseding Case Information:** |

**Court Division:** (Select One)

| __X__ Miami | _____ Key West | New Defendant(s)       Yes _____   No _____ |
| _____ FTL | _____ WPB | _____ FTP | Number of New Defendants   _____ |
| | | Total number of counts    _____ |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    __No__
   List language and/or dialect    _____

4. This case will take    __8__    days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                                  (Check only one)

| I | 0 to 5 days | _____ | Petty | _____ |
|---|---|---|---|---|
| II | 6 to 10 days | __x__ | Minor | _____ |
| III | 11 to 20 days | _____ | Misdem. | _____ |
| IV | 21 to 60 days | _____ | Felony | __X__ |
| V | 61 days and over | _____ | | |

6. Has this case been previously filed in this District Court? (Yes or No)    __No__
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)    __Yes__
   If yes:
   Magistrate Case No.    1:18-MJ-03744-AMS
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of    12/07/18 (LAING)
   Defendant(s) in state custody as of _____
   Rule 20 from the _____    District of _____

   Is this a potential death penalty case? (Yes or No)    __Yes__

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    _____ Yes    __X__ No

_____
JONATHAN K. OSBORNE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. 0095693

\*Penalty Sheet(s) attached

REV 5/3/17

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:   SAMSON HYLAND JR.**

**Case No:** _____

Count #: 1

Conspiracy to possess with intent to distribute a controlled substance

Title 21, United States Code, Section 846

**\*Max. Penalty:** 20 years' imprisonment

Count #: 2

Discharge of a Firearm in Furtherance of a Drug-Trafficking Crime

Title 18, United States Code, Section 924(c)(1)(A)(iii)

**\*Max. Penalty:** Life imprisonment

Count #: 3

Causing the death of a person in the course of a violation of 18 U.S.C. § 924(c)

Title 18, United States Code, Sections 924(c)(1)(A) and 924(j)(1)

**\*Max. Penalty:** Death

Counts #: 4 and 5

Possession of a firearm and ammunition by a convicted felon

Title 18, United States Code, Section 922(g)(1)

**\*Max. Penalty:** 10 years' imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:   TEVIN DAMAR LAING**

**Case No:**

Count #: 1

Conspiracy to possess with intent to distribute a controlled substance

Title 21, United States Code, Section 846

**\*Max. Penalty:** 20 years' imprisonment

Count #: 2

Discharge of a Firearm in Furtherance of a Drug-Trafficking Crime

Title 18, United States Code, Section 924(c)(1)(A)(iii)

**\*Max. Penalty:** Life imprisonment

Count #: 3

Causing the death of a person in the course of a violation of 18 U.S.C. § 924(c)

Title 18, United States Code, Sections 924(c)(1)(A) and 924(j)(1)

**\*Max. Penalty:** Death

Count #: 4

Possession of a firearm and ammunition by a convicted felon

Title 18, United States Code, Section 922(g)(1)

**\*Max. Penalty:** 10 years' imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**