United States District Court
Southern District of Florida

Criminal Case No. 19-20059-CR-WILLIAMS

United States of America,
        Plaintiff.

v.

Samson Hyland, Jr.
        Defendant.
_____/

### ORDER TRANSFERING CASE TO FUGITIVE STATUS

This matter is before the Court *sua sponte.* On January 31, 2019 an indictment was filed, this cause was randomly assigned to the undersigned. A warrant for arrest was issued for the defendant. Since the defendant has not made an initial appearance, the defendant is transferred to fugitive status.

**Done and Ordered** at Miami, Florida on March 4, 2019.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

Copy:
Counsel of Record